# Court of Appeals
## Tenth Appellate District of Texas

10-26-00149-CV

In re Gregory G. Idom

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Gregory G. Idom's petition for writ of mandamus and emergency motion for stay, filed April 23, 2026, is denied.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: April 24, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

